UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NOAH HERNANDEZ,

Plaintiff,

v.

KERN COUNTY SHERIFF OFFICE,

Defendant.

No. 1:26-cv-06616-SAB (PC)

ORDER DIRECTING PLAINTIFF TO PROVIDE A PROPERLY COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS

(ECF No. 2)

On August 19, 2026, Plaintiff filed the instant action pursuant to 42 U.S.C. § 1983, along with an application to proceed in forma pauperis. (ECF Nos. 1, 2.)

In the application, Plaintiff simply writes "N/A after each question on the form, including the signature line and certification section to be completed to be completed by the institution of incarceration" and it includes a space for the date and "Signature of Authorized Officer" of the non-CDCR facility.

Because Plaintiff's application is not complete by simply writing N/A as to each question, Plaintiff will be directed to provide a properly completed application within 21 days. Plaintiff must completely answer each question on the form application, include his signature at the bottom of 2, and have the certification section properly completed by the authorized officer.

///

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall send Plaintiff a blank Application to Proceed In Forma Pauperis by a Prisoner form;

2. Within 21 days of the date of this order, Plaintiff SHALL complete a new application form; and

3. A failure to comply with this order may result in a recommendation that this action be dismissed, without prejudice, for a failure to obey court orders.

IT IS SO ORDERED.

Dated: **August 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge